IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CORTEZ CODY, Individually And On Behalf Of All Others, <br><br> Plaintiff, <br><br> v. <br><br> CHASE PROFESSIONALS, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. _____ ) ) ) ) ) |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Chase Professionals ("Defendant") removes to the United States District Court for the Western District of Missouri the action styled or captioned as *Cortez Cody v. Chase Professionals,* Case No. 18CN-CC00009, currently pending in the Circuit Court of Clinton County, Missouri. Defendant removes this case on grounds of federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441. In support of its Notice of Removal, Defendant states as follows:

1. On January 30, 2018, Plaintiff Cortez Cody ("Plaintiff") filed an action in the Circuit Court of Clinton County, Missouri, by filing his Petition in the case styled *Cortez Cody v. Chase Professionals,* Case No. 18CN-CC00009 (the "State Court Action"). Plaintiff's Petition purports to assert claims for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

2. On January 30, 2018, Defendant Chase Professionals was served with the Summons and a copy of the Petition in the State Court Action, which are attached as **Exhibit A**.

3. Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint. The date on or before which Defendant is required by law to remove

this action is March 1, 2018.  Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court of Clinton County, Missouri is located within the Western District of Missouri.  Venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. §1441(a).  Filing this Removal in the Clerk's office in Kansas City, Missouri is appropriate.

5. In accordance with 28 U.S.C. §1446(a), a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as **Exhibit A**.  Plaintiff has not served upon Defendant any other process, pleadings, or orders.

6. Attached to this Notice as **Exhibit B** is a copy of the docket sheet from the State Court Action.

7. Defendant will promptly, upon filing this Notice of Removal, give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court of Clinton County, Missouri, as required by 28 U.S.C. §1446(d).  Attached to this Notice as **Exhibit C** is a copy of the Notice of Defendant's Notice of Removal to Federal Court which is being filed in the Circuit Court of Clinton County, Missouri.

8. Exhibits A, B, and C constitute all records and proceedings had in the State Court Action.

**This Court Has Original Federal Question Jurisdiction Over Plaintiff's Claim**

9. In his Petition, Plaintiff asserts a claim under the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*  (*See* Plaintiff's Petition.)

10. Accordingly, this Court has original federal question jurisdiction under 28 U.S.C. §1331 because the allegations in Plaintiff's Petition are based on a claim asserted under the laws of the United States of America.

WHEREFORE, Defendant Chase Professionals respectfully gives notice that the action now pending in the Circuit Court of Clinton County, Missouri, *Cortez Cody v. Chase Professionals,* Case No. 18CN-CC00009, is removed from that Court to the United States District Court for the Western District of Missouri, Central Division, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

/s/ *J. Randall Coffey*
J. Randall Coffey    MO Bar No. 35070
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: rcoffey@fisherphillips.com

ATTORNEYS FOR DEFENDANT
CHASE PROFESSIONALS

CERTIFICATE OF SERVICE

     I certify on this 28th day of February, 2018 that a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF system which will automatically send electronic notice of filing to the following:

Charles Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 S. U.S. 169 Highway
Gower, Missouri 64454
TEL: (816) 505-4529
FAX: (816) 424-1337
Email: brown@brownandwatkins.com
Email: watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

                                    */s/ J. Randall Coffey*
                                    ATTORNEY FOR DEFENDANTS