IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CORTEZ CODY, individually and o/b/o all others, | ) ) ) |
| Plaintiff, | ) ) Case No. 18-06025-CV-SJ-ODS |
| vs. | ) ) |
| CHASE PROFESSIONALS, | ) ) |
| Defendant. | ) |

ORDER OF DISMISSAL WITH PREJUDICE

On August 15, 2018, the parties filed a Joint Stipulation of Dismissal with Prejudice. Doc. #24. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: August 16, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT